George A. SCOTT and William Larber, Appellants, v. Percy S. STEPHENSON, Trustee in Bankruptcy of NORFOLK RESIDENCE CORPORATION, Bankrupt, H. M. Kerr, Trustee in Bankruptcy of GUARANTY TITLE & TRUST CORPORATION, Bankrupt, Margaret W. Kearney, J. B. Lascara, and Anna T. Lapetina, Appellees.

No. 3123.

Circuit Court of Appeals, Fourth Circuit.

April 25, 1931.

L. P. Matthews, of Norfolk, Va., for appellants.

S. M. Brandt and Charles L. Kaufman, both of Norfolk, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20 per agreement of counsel.

Mrs. Carrie L. SHAW, Executrix of Estate of John Shaw, v. COMMISSIONER OF INTERNAL REVENUE.

Nos. 5552–5554.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Orders of Board of Tax Appeals reversed upon authority of Burnet v. Logan, 283 U. S. 404, 51 S. Ct. 550, 75 L. Ed. 1143.

In the Matter of Petition of Jan SIELIWONCZYK for Writ of Habeas Corpus.

No. 5919.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1931.

Catherine G. Herlehy, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.